UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEREMIAS CASTRO,<br><br>             Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>             Defendant. | CASE NO. CV 07-182 AGR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded at Steps 4 and 5 consistent with the Memorandum Opinion and Order.

DATED: April 17, 2007

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE