1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff Jeremias Castro
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JEREMIAS CASTRO,                  ) Case No.: CV 07-182 AGR
                                       )
12 |        Plaintiff,                 ) ORDER AWARDING EQUAL
                                       ) ACCESS TO JUSTICE ACT
13 |    vs.                            ) ATTORNEY FEES PURSUANT TO
                                       ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,                )
     Commissioner of Social Security,  )
15 |                                   )
            Defendant.                 )
16 |_____)

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights,

20  the amount of four thousand dollars and zero cents ($4,000.00), as authorized by

21  28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22
    DATE:  August 11, 2008           *[signature: Alicia G. Rosenberg]*
23
                                     _____
24                                   THE HONORABLE ALICIA G. ROSENBERG
                                     UNITED STATES MAGISTRATE JUDGE
25

26